UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR-07-150-LRS-10 |
| vs. | ) | Order Of Dismissal Without Prejudice |
| EDELMIRA CORTES-REYES, | ) | |
| Defendant. | ) | |

   Leave of Court is granted for the filing of the foregoing dismissal without prejudice.  The Court makes no judgment as to merit or wisdom of this dismissal.

   DATED this 28th day of February, 2008.

                                   s/Lonny R. Suko

                                   Lonny R. Suko
                                   United States District Judge

Order Of Dismissal Without Prejudice - 1
P80225TR.RSB.wpd